```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 18-03479-JJT
Camella Diane Pinkney Price                                                             Chapter 13
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini               Page 1 of 3                  Date Rcvd: Oct 03, 2018
                              Form ID: ntcnfhrg            Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             +Camella Diane Pinkney Price,    1078 Delaware Lane,    Stroudsburg, PA 18360-8859
cr             +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
5098099        +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
5098100         American Express,    P.O. Box 29879,    Fort Lauderdale, FL 33329-7879
5098101        +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
5098102        +American Express Legal,    200 Vesey St-43rd floor,    New York, NY 10285-0002
5104456         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5112863         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5098112        +Citibank/Midland Funding,    2365 Northside Dr,    Ste 300,   San Diego, CA 92108-2709
5098120         Koh'l,    P.O. Box 2983,    Milwaukee, WI 53201-2983
5098121        +Kohl's,    12620 Capital Blvd,    Wake Forest, NC 27587-7489
5098128        +Mercedes Benz Financial,    c/o BK Servicing, LLC,    PO Box 131265,    Saint Paul, MN 55113-0011
5100560         Mercedes-Benz Financial Services USA LLC,    c/o BL Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
5098132        +Nelnet,    P.O. Box 7860,    Madison, WI 53707-7860
5098134        +Nissan Motor Acceptance,    P.O. Box 660366,    Dallas, TX 75266-0366
5098137         PA Dept of Revenue,    1 Review Place,    Harrisburg, PA 17129-0001
5098140        +PNC Mortgage,    PO Box 8703,   Dayton, OH 45401-8703
5098139        +PNC Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
5098148        +Toys R Us/SYNCB,    One Geoffrey Way,    Wayne, NJ 07470-2066
5098150         Udren Law Offices, P.C.,    John Eric Kishbaugh,    111 Woodcrest Rd., Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5098098         E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:14      Amazon/Synchrony Bank,
                 P.O. Box 960013,    Orlando, FL 32896-0013
5098103        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:01      BP/Synchrony Bank Bankruptcy Dept,
                 P.O. Box 965060,    Orlando, FL 32896-5060
5098104         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2018 19:05:27      Capital One,
                 15000 Capital One Drive,    Henrico, VA 23238
5098107         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2018 19:05:14
                 Capital One Bankruptcy Dept,    P.O. Box 5155,   Norcross, GA 30091
5098111         E-mail/Text: bankruptcy@cavps.com Oct 03 2018 19:07:49      Cavalry Portfolio Services, LLC,
                 P.O. Box 27288,    Tempe, AZ 85285
5098105        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2018 19:05:01      Capital One,
                 P.O. Box 30253,    Salt Lake City, UT 84130-0253
5098106        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2018 19:05:27      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
5098108        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:14      Care Credit,   950 Forrer Blvd,
                 Dayton, OH 45420-1469
5098109        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:14      Care Credit/GE Capital,
                 P.O. Box 960061,    Orlando, FL 32896-0061
5098110        +E-mail/Text: bankruptcy@cavps.com Oct 03 2018 19:07:49      Cavalry Portfolio Services LLC,
                 500 Summit Lake Dr,    Suite 400,    Valhalla, NY 10595-2322
5098580        +E-mail/Text: bankruptcy@cavps.com Oct 03 2018 19:07:49      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5098117         E-mail/Text: mrdiscen@discover.com Oct 03 2018 19:07:22      Discover,   6500 New Albany Rd East,
                 New Albany, OH 43054
5098114         E-mail/Text: mrdiscen@discover.com Oct 03 2018 19:07:22      Discover,   P.O. Box 15316,
                 Wilmington, DE 19850
5098118         E-mail/Text: mrdiscen@discover.com Oct 03 2018 19:07:22      Discover Card,   PO Box 15251,
                 Wilmington, DE 19886-5251
5098113        +E-mail/Text: electronicbkydocs@nelnet.net Oct 03 2018 19:07:45      Department of Education,
                 121 S. 13th Street,    Lincoln, NE 68508-1904
5098116         E-mail/Text: mrdiscen@discover.com Oct 03 2018 19:07:22      Discover,   P.O. Box 6103,
                 Carol Stream, IL 60197-6103
5098115        +E-mail/Text: mrdiscen@discover.com Oct 03 2018 19:07:22      Discover,   P.O. Box 30421,
                 Salt Lake City, UT 84130-0421
5099768         E-mail/Text: mrdiscen@discover.com Oct 03 2018 19:07:22      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
5098119        +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 03 2018 19:07:59
                 Geico/Credit Control Service,    725 Canton St,   Norwood, MA 02062-2679
5098122        +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 03 2018 19:07:24      Kohl's,   P.O. Box 3115,
                 Milwaukee, WI 53201-3115
5098123        +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 03 2018 19:07:25      Kohl's Cap One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5098124        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:14      Lowes,   1000 Lowe Blvd,
                 Mooresville, NC 28117-8520
5098125        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:01      Lowes/SYNCB,   P.O. Box 965005,
                 Orlando, FL 32896-5005
5098126        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:01      Luxury/SYNCB,   950 Forrer Blvd,
                 Dayton, OH 45420-1469
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5098127        +E-mail/Text: M74banko@daimler.com Oct 03 2018 19:08:02      MB Financial Svcs,
                 36455 Corporate Drive,    Farmington, MI 48331-3552
5098131         E-mail/Text: bankruptcynotice@nymcu.org Oct 03 2018 19:07:50      Municipal Credit Union,
                 22 Cortlandt St,    New York, NY 10007
5098129        +E-mail/Text: bkr@cardworks.com Oct 03 2018 19:07:18      Merrick Bank Corp.,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
5098130        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 03 2018 19:07:42      Midland Funding LLC,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
5098133        +E-mail/Text: electronicbkydocs@nelnet.net Oct 03 2018 19:07:45      Nelnet,
                 6420 Southpoint Pkwy,    Jacksonville, FL 32216-0946
5098135        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:28      Old Navy/GEMB,    P.O. Box 965005,
                 Orlando, FL 32896-5005
5098136        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:02
                 Old Navy/Synchrony Bankruptcy Dept,     P.O. Box 965060,    Orlando, FL 32896-5060
5098138        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:02      PC Richard,    PO Box 965036,
                 Orlando, FL 32896-5036
5098142         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 19:29:15
                 Portfolio Recovery,    ATTN: Bankruptcy,    P.O. Box 41067,    Norfolk, VA 23541
5098141         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 19:05:03
                 Portfolio Recovery,    P.O. Box 12914,    Norfolk, VA 23541
5113244         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 19:05:02
                 Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
5098143        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 19:29:46      PRA Receivables,
                 PO Box 41021,    Norfolk, VA 23541-1021
5098400        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 19:05:02
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
5101626        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2018 19:07:39
                 Pennsylvania Department of Revenue,     Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5098145        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:29      SYNCB/PayPal,    PO Box 965005,
                 Orlando, FL 32896-5005
5098144        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:28      Sam's Club,    P.O. Box 965005,
                 Orlando, FL 32896-5005
5098146        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:02      TJX COS/SYNCB,    PO Box 965005,
                 Orlando, FL 32896-5005
5098149        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:29      Toys R Us/SYNCB,    PO Box 965005,
                 Orlando, FL 32896-5005
5098147         E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:29      Toys R Us/SYNCB,
                 P.O. Box 105972,    Atlanta, GA 30348-5972
5103801        +E-mail/Text: electronicbkydocs@nelnet.net Oct 03 2018 19:07:45
                 U.S. Department of Education c/o Nelnet,    US Department of Education c/o Nelnet,
                 121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
5098152         E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:15      Walmart/SYNCB,    PO Box 530927,
                 Atlanta, GA 30353-0927
5098151         E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:15      Walmart/SYNCB,    P.O. Box 965024,
                 El Paso, TX 79998
                                                                                              TOTAL: 46

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5098581*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5114463*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Erik Mark Helbing    on behalf of Debtor 1 Camella Diane Pinkney Price Erik_Helbing_Esq@yahoo.com
          James   Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Camella Diane Pinkney Price,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:18–bk–03479–JJT |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 30, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: November 6, 2018<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 3, 2018 |

ntcnfhrg (03/18)