```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-03479-JJT
Camella Diane Pinkney Price                                         Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 3              Date Rcvd: Oct 03, 2018
                              Form ID: pdf002             Total Noticed: 66
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
```
db            +Camella Diane Pinkney Price,    1078 Delaware Lane,    Stroudsburg, PA 18360-8859
cr            +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                Roseville, MN 55113-0011
5098099       +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
5098100        American Express,    P.O. Box 29879,    Fort Lauderdale, FL 33329-7879
5098101       +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
5098102       +American Express Legal,    200 Vesey St-43rd floor,    New York, NY 10285-0002
5104456        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
5112863        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5098112       +Citibank/Midland Funding,    2365 Northside Dr,    Ste 300,    San Diego, CA 92108-2709
5098120        Koh'l,    P.O. Box 2983,    Milwaukee, WI 53201-2983
5098121       +Kohl's,    12620 Capital Blvd,    Wake Forest, NC 27587-7489
5098128       +Mercedes Benz Financial,    c/o BK Servicing, LLC,    PO Box 131265,    Saint Paul, MN 55113-0011
5100560        Mercedes-Benz Financial Services USA LLC,    c/o BL Servicing, LLC,    PO Box 131265,
                Roseville, MN 55113-0011
5098132       +Nelnet,    P.O. Box 7860,    Madison, WI 53707-7860
5098134       +Nissan Motor Acceptance,    P.O. Box 660366,    Dallas, TX 75266-0366
5098137        PA Dept of Revenue,    1 Review Place,    Harrisburg, PA 17129-0001
5098140       +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
5098139       +PNC Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
5098148       +Toys R Us/SYNCB,    One Geoffrey Way,    Wayne, NJ 07470-2066
5098150        Udren Law Offices, P.C.,    John Eric Kishbaugh,    111 Woodcrest Rd., Suite 200,
                Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5098098        E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:13      Amazon/Synchrony Bank,
                P.O. Box 960013,    Orlando, FL 32896-0013
5098103       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:13      BP/Synchrony Bank Bankruptcy Dept,
                P.O. Box 965060,    Orlando, FL 32896-5060
5098104        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2018 19:05:27      Capital One,
                15000 Capital One Drive,    Henrico, VA 23238
5098107        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2018 19:05:14
                Capital One Bankruptcy Dept,    P.O. Box 5155,    Norcross, GA 30091
5098111        E-mail/Text: bankruptcy@cavps.com Oct 03 2018 19:07:49      Cavalry Portfolio Services, LLC,
                P.O. Box 27288,    Tempe, AZ 85285
5098105       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2018 19:05:01      Capital One,
                P.O. Box 30253,    Salt Lake City, UT 84130-0253
5098106       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2018 19:05:14      Capital One,
                P.O. Box 30285,    Salt Lake City, UT 84130-0285
5098108       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:13      Care Credit,    950 Forrer Blvd,
                Dayton, OH 45420-1469
5098109       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:13      Care Credit/GE Capital,
                P.O. Box 960061,    Orlando, FL 32896-0061
5098110       +E-mail/Text: bankruptcy@cavps.com Oct 03 2018 19:07:48      Cavalry Portfolio Services LLC,
                500 Summit Lake Dr,    Suite 400,    Valhalla, NY 10595-2322
5098580       +E-mail/Text: bankruptcy@cavps.com Oct 03 2018 19:07:49      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5098117        E-mail/Text: mrdiscen@discover.com Oct 03 2018 19:07:22      Discover,    6500 New Albany Rd East,
                New Albany, OH 43054
5098114        E-mail/Text: mrdiscen@discover.com Oct 03 2018 19:07:22      Discover,    P.O. Box 15316,
                Wilmington, DE 19850
5098118        E-mail/Text: mrdiscen@discover.com Oct 03 2018 19:07:22      Discover Card,    PO Box 15251,
                Wilmington, DE 19886-5251
5098113       +E-mail/Text: electronicbkydocs@nelnet.net Oct 03 2018 19:07:45      Department of Education,
                121 S. 13th Street,    Lincoln, NE 68508-1904
5098116        E-mail/Text: mrdiscen@discover.com Oct 03 2018 19:07:22      Discover,    P.O. Box 6103,
                Carol Stream, IL 60197-6103
5098115       +E-mail/Text: mrdiscen@discover.com Oct 03 2018 19:07:22      Discover,    P.O. Box 30421,
                Salt Lake City, UT 84130-0421
5099768        E-mail/Text: mrdiscen@discover.com Oct 03 2018 19:07:22      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5098119       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 03 2018 19:07:59
                Geico/Credit Control Service,    725 Canton St,    Norwood, MA 02062-2679
5098122       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 03 2018 19:07:24      Kohl's,    P.O. Box 3115,
                Milwaukee, WI 53201-3115
5098123       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 03 2018 19:07:24      Kohl's Cap One,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5098124       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:13      Lowes,    1000 Lowe Blvd,
                Mooresville, NC 28117-8520
5098125       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:13      Lowes/SYNCB,    P.O. Box 965005,
                Orlando, FL 32896-5005
5098126       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:27      Luxury/SYNCB,    950 Forrer Blvd,
                Dayton, OH 45420-1469
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5098127        +E-mail/Text: M74banko@daimler.com Oct 03 2018 19:08:02      MB Financial Svcs,
                 36455 Corporate Drive,    Farmington, MI 48331-3552
5098131         E-mail/Text: bankruptcynotice@nymcu.org Oct 03 2018 19:07:50      Municipal Credit Union,
                 22 Cortlandt St,    New York, NY 10007
5098129        +E-mail/Text: bkr@cardworks.com Oct 03 2018 19:07:18      Merrick Bank Corp.,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
5098130        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 03 2018 19:07:42      Midland Funding LLC,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
5098133        +E-mail/Text: electronicbkydocs@nelnet.net Oct 03 2018 19:07:45      Nelnet,
                 6420 Southpoint Pkwy,    Jacksonville, FL 32216-0946
5098135        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:27      Old Navy/GEMB,   P.O. Box 965005,
                 Orlando, FL 32896-5005
5098136        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:01
                 Old Navy/Synchrony Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
5098138        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:14      PC Richard,   PO Box 965036,
                 Orlando, FL 32896-5036
5098142         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 19:05:30
                 Portfolio Recovery,    ATTN: Bankruptcy,    P.O. Box 41067,    Norfolk, VA 23541
5098141         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 19:05:17
                 Portfolio Recovery,    P.O. Box 12914,    Norfolk, VA 23541
5113244         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 19:05:16
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5098143        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 19:05:02      PRA Receivables,
                 PO Box 41021,    Norfolk, VA 23541-1021
5098400        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 19:05:29
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5101626        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2018 19:07:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5098145        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:14      SYNCB/PayPal,   PO Box 965005,
                 Orlando, FL 32896-5005
5098144        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:13      Sam's Club,   P.O. Box 965005,
                 Orlando, FL 32896-5005
5098146        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:27      TJX COS/SYNCB,   PO Box 965005,
                 Orlando, FL 32896-5005
5098149        +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:01      Toys R Us/SYNCB,   PO Box 965005,
                 Orlando, FL 32896-5005
5098147         E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:01      Toys R Us/SYNCB,
                 P.O. Box 105972,    Atlanta, GA 30348-5972
5103801        +E-mail/Text: electronicbkydocs@nelnet.net Oct 03 2018 19:07:45
                 U.S. Department of Education c/o Nelnet,    US Department of Education c/o Nelnet,
                 121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
5098152         E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:14      Walmart/SYNCB,   PO Box 530927,
                 Atlanta, GA 30353-0927
5098151         E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:27      Walmart/SYNCB,   P.O. Box 965024,
                 El Paso, TX 79998
                                                                                              TOTAL: 46

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5098581*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5114463*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,   Norfolk VA 23541)
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                            Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Erik Mark Helbing    on behalf of Debtor 1 Camella Diane Pinkney Price Erik_Helbing_Esq@yahoo.com
          James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4
```

# LOCAL BANKRUPTCY FORM 3015-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 13 |
|---|---|
| Camella Diane Pinkney Price | CASE NO. |
| | ✓ ORIGINAL PLAN |
| | ☐ AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.) |
| | 0 Number of Motions to Avoid Liens |
| | 0 Number of Motions to Value Collateral |

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ☒ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☒ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☒ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid $ 0.00 (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit

1

Case 5:18-bk-03479-JJT    Doc 5    Filed 08/21/18    Entered 08/21/18 21:36:34    Desc
Main Document    Page 1 of 10
Case 5:18-bk-03479-JJT    Doc 21    Filed 10/05/18    Entered 10/06/18 00:45:53    Desc
Imaged Certificate of Notice    Page 4 of 13

payments through the Trustee as set forth below. The total base plan is $ 105,660.00 , plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 09/17 | 09/23 | 1,761.00 | 0.00 | 1,761.00 | 105,660.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  | Total Payments: | 105,660.00 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ( ✓ ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

   ( ) Debtor is over median income. Debtor calculates that a minimum of $_____ must be paid to allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $_____. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

✓ No assets will be liquidated. *If this line is checked, the rest of § 1.B need not be completed or reproduced.*

___ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____ from the sale of

2

    property known and designated as _____ _____. All sales shall be completed by _____, 20____. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____.

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____.

**2. SECURED CLAIMS.**

    A. **Pre-Confirmation Distributions.** *Check one.*

    ✓    None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

    ___    Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|
|  |  |  |

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

    B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

    ___    None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

    ✓    Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| PNC Mortgage | 1078 Delaware Ln, Stroudsburg, PA 18360 | 6371 |
| Mercedes Benz | 2010 Mercedes E-350W4 | 9001 |
|  |  |  |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check one.*

___ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

✓ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| PNC Mortgages | Delaware Ln, Stroudsburg, PA 1 | 92,192.87 | 0.00 | 92,192.87 |
|  |  |  |  |  |
|  |  |  |  |  |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

✓ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

___ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until completion of payments under the plan.

4

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

✓ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

___ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until entry of discharge. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan or Adversary Action |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

5

Case 5:18-bk-03479-JJT    Doc 5    Filed 08/21/18    Entered 08/21/18 21:36:34    Desc
Main Document      Page 5 of 10
Case 5:18-bk-03479-JJT    Doc 21    Filed 10/05/18    Entered 10/06/18 00:45:53    Desc
Imaged Certificate of Notice    Page 8 of 13

Rev. 12/01/17

F. **Surrender of Collateral.** *Check one.*

✓ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

___ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
|  |  |
|  |  |
|  |  |

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

✓ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

___ The Debtor moves to avoid the following judicial and/or nonpossessory, non-purchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| The name of the holder of the lien. |  |  |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. |  |  |
| A description of the liened property. |  |  |
| The value of the liened property. |  |  |
| The sum of senior liens. |  |  |
| The value of any exemption claimed. |  |  |
| The amount of the lien. |  |  |
| The amount of lien avoided. |  |  |

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

   1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.
   2. <u>Attorney's fees</u>. Complete only one of the following options:

      a. In addition to the retainer of $ 380.00 already paid by the Debtor, the amount of $ 2,620.00 in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

6

Case 5:18-bk-03479-JJT    Doc 5    Filed 08/21/18    Entered 08/21/18 21:36:34    Desc
Main Document    Page 6 of 10
Case 5:18-bk-03479-JJT    Doc 21    Filed 10/05/18    Entered 10/06/18 00:45:53    Desc
Imaged Certificate of Notice    Page 9 of 13

b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

   ✓ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   ___ The following administrative claims will be paid in full.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |
|  |  |

B. **<u>Priority Claims (including, but not limited to, Domestic Support Obligations other than those treated in § 3.C below)</u>.** *Check one of the following two lines.*

   ___ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

   ✓ Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| PA Department of Revenue | 230.32 |
|  |  |
|  |  |

C. **<u>Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)</u>.** *Check one of the following two lines.*

   ✓ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

   ___ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim. *This plan provision requires that payments in § 1.A. be for a term of 60 months (see 11 U.S.C. §1322(a)(4)).*

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

7

Case 5:18-bk-03479-JJT    Doc 5    Filed 08/21/18    Entered 08/21/18 21:36:34    Desc
Main Document    Page 7 of 10
Case 5:18-bk-03479-JJT    Doc 21    Filed 10/05/18    Entered 10/06/18 00:45:53    Desc
Imaged Certificate of Notice    Page 10 of 13

Rev. 12/01/17

4. **UNSECURED CLAIMS**

   A. <u>**Claims of Unsecured Nonpriority Creditors Specially Classified.**</u> *Check one of the following two lines.*

   ✓ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   ___ To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts, will be paid before other, unclassified, unsecured claims. The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the proof of claim shall apply.

   | Name of Creditor | Reason for Special Classification | Estimated Amount of Claim | Interest Rate | Estimated Total Payment |
   |---|---|---|---|---|
   |  |  |  |  |  |

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ___ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

   ✓ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

   | Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
   |---|---|---|---|---|---|---|
   | The Park Central LLC | Apt Lease for daughter | 821.99 | 0 | 0 | 0 | Assume |
   |  |  |  |  |  |  |  |
   |  |  |  |  |  |  |  |

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ✓ plan confirmation.
   ___ entry of discharge.

8

Case 5:18-bk-03479-JJT   Doc 5   Filed 08/21/18   Entered 08/21/18 21:36:34   Desc
Main Document   Page 8 of 10
Case 5:18-bk-03479-JJT   Doc 21   Filed 10/05/18   Entered 10/06/18 00:45:53   Desc
Imaged Certificate of Notice   Page 11 of 13

___ closing of case.

7. **DISCHARGE: (Check one)**

   (✓) The debtor will seek a discharge pursuant to § 1328(a).
   ( ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

9

Case 5:18-bk-03479-JJT    Doc 5    Filed 08/21/18    Entered 08/21/18 21:36:34    Desc
Main Document    Page 9 of 10
Case 5:18-bk-03479-JJT    Doc 21    Filed 10/05/18    Entered 10/06/18 00:45:53    Desc
Imaged Certificate of Notice    Page 12 of 13

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated: 08/20/2018

/s/Erik M. Helbing
Attorney for Debtor

/s/Camella Diane Pinkney-Price
Debtor

_____
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

10

Case 5:18-bk-03479-JJT    Doc 5    Filed 08/21/18    Entered 08/21/18 21:36:34    Desc
Main Document    Page 10 of 10
Case 5:18-bk-03479-JJT    Doc 21    Filed 10/05/18    Entered 10/06/18 00:45:53    Desc
Imaged Certificate of Notice    Page 13 of 13