```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 18-03479-JJT
Camella Diane Pinkney Price                                                             Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini               Page 1 of 3                  Date Rcvd: Nov 05, 2018
                              Form ID: pdf010              Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
db             +Camella Diane Pinkney Price,    1078 Delaware Lane,    Stroudsburg, PA 18360-8859
cr             +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
5098099        +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
5098101        +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
5098100         American Express,    P.O. Box 29879,    Fort Lauderdale, FL 33329-7879
5098102        +American Express Legal,    200 Vesey St-43rd floor,    New York, NY 10285-0002
5104456         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5112863         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5098112        +Citibank/Midland Funding,    2365 Northside Dr,    Ste 300,    San Diego, CA 92108-2709
5098120         Koh'l,    P.O. Box 2983,    Milwaukee, WI 53201-2983
5098121        +Kohl's,    12620 Capital Blvd,    Wake Forest, NC 27587-7489
5098128        +Mercedes Benz Financial,    c/o BK Servicing, LLC,    PO Box 131265,    Saint Paul, MN 55113-0011
5100560         Mercedes-Benz Financial Services USA LLC,    c/o BL Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
5098132        +Nelnet,    P.O. Box 7860,    Madison, WI 53707-7860
5098134        +Nissan Motor Acceptance,    P.O. Box 660366,    Dallas, TX 75266-0366
5098137         PA Dept of Revenue,    1 Review Place,    Harrisburg, PA 17129-0001
5121406        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5098140        +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
5098139        +PNC Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
5098148        +Toys R Us/SYNCB,    One Geoffrey Way,    Wayne, NJ 07470-2066
5098150         Udren Law Offices, P.C.,    John Eric Kishbaugh,    111 Woodcrest Rd., Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5098098         E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:20:59      Amazon/Synchrony Bank,
                 P.O. Box 960013,    Orlando, FL 32896-0013
5098103        +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:13      BP/Synchrony Bank Bankruptcy Dept,
                 P.O. Box 965060,    Orlando, FL 32896-5060
5098104         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2018 19:21:14       Capital One,
                 15000 Capital One Drive,    Henrico, VA 23238
5098107         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2018 19:21:00
                 Capital One Bankruptcy Dept,    P.O. Box 5155,    Norcross, GA 30091
5098111         E-mail/Text: bankruptcy@cavps.com Nov 05 2018 19:13:20      Cavalry Portfolio Services, LLC,
                 P.O. Box 27288,    Tempe, AZ 85285
5098105        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2018 19:21:15       Capital One,
                 P.O. Box 30253,    Salt Lake City, UT 84130-0253
5098106        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2018 19:21:31       Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
5098108        +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:20:59      Care Credit,    950 Forrer Blvd,
                 Dayton, OH 45420-1469
5098109        +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:00      Care Credit/GE Capital,
                 P.O. Box 960061,    Orlando, FL 32896-0061
5098110        +E-mail/Text: bankruptcy@cavps.com Nov 05 2018 19:13:20      Cavalry Portfolio Services LLC,
                 500 Summit Lake Dr,    Suite 400,    Valhalla, NY 10595-2322
5098580        +E-mail/Text: bankruptcy@cavps.com Nov 05 2018 19:13:20      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5098117         E-mail/Text: mrdiscen@discover.com Nov 05 2018 19:12:54      Discover,    6500 New Albany Rd East,
                 New Albany, OH 43054
5098114         E-mail/Text: mrdiscen@discover.com Nov 05 2018 19:12:54      Discover,    P.O. Box 15316,
                 Wilmington, DE 19850
5098118         E-mail/Text: mrdiscen@discover.com Nov 05 2018 19:12:54      Discover Card,    PO Box 15251,
                 Wilmington, DE 19886-5251
5098113        +E-mail/Text: electronicbkydocs@nelnet.net Nov 05 2018 19:13:13       Department of Education,
                 121 S. 13th Street,    Lincoln, NE 68508-1904
5098116         E-mail/Text: mrdiscen@discover.com Nov 05 2018 19:12:54      Discover,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
5098115        +E-mail/Text: mrdiscen@discover.com Nov 05 2018 19:12:54      Discover,    P.O. Box 30421,
                 Salt Lake City, UT 84130-0421
5099768         E-mail/Text: mrdiscen@discover.com Nov 05 2018 19:12:54      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5098119        +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 05 2018 19:13:34
                 Geico/Credit Control Service,    725 Canton St,    Norwood, MA 02062-2679
5098122        +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 05 2018 19:12:54      Kohl's,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
5098123        +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 05 2018 19:12:54      Kohl's Cap One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5098124        +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:00      Lowes,    1000 Lowe Blvd,
                 Mooresville, NC 28117-8520
5098125        +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:29      Lowes/SYNCB,    P.O. Box 965005,
                 Orlando, FL 32896-5005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5098126       +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:00      Luxury/SYNCB,   950 Forrer Blvd,
               Dayton, OH 45420-1469
5098127       +E-mail/Text: M74banko@daimler.com Nov 05 2018 19:13:38      MB Financial Svcs,
               36455 Corporate Drive,    Farmington, MI 48331-3552
5115662        E-mail/Text: bkr@cardworks.com Nov 05 2018 19:12:50      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
5098131        E-mail/Text: bankruptcynotice@nymcu.org Nov 05 2018 19:13:23      Municipal Credit Union,
               22 Cortlandt St,   New York, NY 10007
5098129       +E-mail/Text: bkr@cardworks.com Nov 05 2018 19:12:50      Merrick Bank Corp.,   PO Box 9201,
               Old Bethpage, NY 11804-9001
5117978       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 05 2018 19:13:11      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
5098130       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 05 2018 19:13:11      Midland Funding LLC,
               2365 Northside Dr,    Suite 300,   San Diego, CA 92108-2709
5098133       +E-mail/Text: electronicbkydocs@nelnet.net Nov 05 2018 19:13:13      Nelnet,
               6420 Southpoint Pkwy,    Jacksonville, FL 32216-0946
5098135       +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:20:59      Old Navy/GEMB,   P.O. Box 965005,
               Orlando, FL 32896-5005
5098136       +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:31
               Old Navy/Synchrony Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
5098138       +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:30      PC Richard,   PO Box 965036,
               Orlando, FL 32896-5036
5098142        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2018 19:32:46
               Portfolio Recovery,    ATTN: Bankruptcy,    P.O. Box 41067,    Norfolk, VA 23541
5098141        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2018 19:21:17
               Portfolio Recovery,    P.O. Box 12914,    Norfolk, VA 23541
5113244        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2018 19:21:19
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
5098143       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2018 19:21:17      PRA Receivables,
               PO Box 41021,    Norfolk, VA 23541-1021
5098400       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2018 19:21:34
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5101626       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 05 2018 19:13:06
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
5098145       +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:14      SYNCB/PayPal,   PO Box 965005,
               Orlando, FL 32896-5005
5098144       +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:20:59      Sam's Club,   P.O. Box 965005,
               Orlando, FL 32896-5005
5120606       +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:00      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
5098146       +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:20:59      TJX COS/SYNCB,   PO Box 965005,
               Orlando, FL 32896-5005
5098149       +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:00      Toys R Us/SYNCB,   PO Box 965005,
               Orlando, FL 32896-5005
5098147        E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:31      Toys R Us/SYNCB,
               P.O. Box 105972,   Atlanta, GA 30348-5972
5103801       +E-mail/Text: electronicbkydocs@nelnet.net Nov 05 2018 19:13:13
               U.S. Department of Education c/o Nelnet,    US Department of Education c/o Nelnet,
               121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
5098152        E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:32      Walmart/SYNCB,   PO Box 530927,
               Atlanta, GA 30353-0927
5098151        E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2018 19:21:14      Walmart/SYNCB,   P.O. Box 965024,
               El Paso, TX 79998
                                                                                              TOTAL: 49

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5098581*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5114463*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
5115687*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
                                                                                           TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Erik Mark Helbing    on behalf of Debtor 1 Camella Diane Pinkney Price Erik_Helbing_Esq@yahoo.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CAMELLA DIANE PINKNEY-PRICE : Chapter 13
      Debtor : No. 18-3479

## COURT ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY

AND NOW, comes this 5th day of November, 2018, upon consideration of the Debtor's Motion to Extend the Automatic Stay and any responses and relies thereto, if any, and for good cause shown it is hereby ORDERED, ADJUDGED, and DECREED that

1. The Debtor's Motion to Extend the Automatic Stay shall be and hereby is GRANTED; and it is further ORDERED, ADJUDGED, and DECREED that

2. The automatic stay in the above-captioned matter shall be and hereby is extended for the duration of the above-captioned bankruptcy.

Dated: November 5, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge PR