```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                         Case No. 18-03479-RNO
Camella Diane Pinkney Price                                                    Chapter 13
             Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini               Page 1 of 3              Date Rcvd: May 23, 2019
                              Form ID: ordsmiss            Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db          +Camella Diane Pinkney Price,   1078 Delaware Lane,   Stroudsburg, PA 18360-8859
cr          +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,   PO Box 131265,
              Roseville, MN 55113-0011
5098100      American Express,   P.O. Box 29879,   Fort Lauderdale, FL 33329-7879
5098112     +Citibank/Midland Funding,   2365 Northside Dr,   Ste 300,   San Diego, CA 92108-2709
5098120      Koh'l,   P.O. Box 2983,   Milwaukee, WI 53201-2983
5098121     +Kohl's,   12620 Capital Blvd,   Wake Forest, NC 27587-7489
5098128     +Mercedes Benz Financial,   c/o BK Servicing, LLC,   PO Box 131265,   Saint Paul, MN 55113-0011
5100560      Mercedes-Benz Financial Services USA LLC,    c/o BL Servicing, LLC,   PO Box 131265,
              Roseville, MN 55113-0011
5098132     +Nelnet,   P.O. Box 7860,   Madison, WI 53707-7860
5098134     +Nissan Motor Acceptance,   P.O. Box 660366,   Dallas, TX 75266-0366
5098137      PA Dept of Revenue,   1 Review Place,   Harrisburg, PA 17129-0001
5121406     +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
5098140     +PNC Mortgage,   PO Box 8703,   Dayton, OH 45401-8703
5098139     +PNC Mortgage,   P.O. Box 1820,   Dayton, OH 45401-1820
5098148     #+Toys R Us/SYNCB,   One Geoffrey Way,   Wayne, NJ 07470-2035
5098150      Udren Law Offices, P.C.,   John Eric Kishbaugh,   111 Woodcrest Rd., Suite 200,
              Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5098098      EDI: RMSC.COM May 23 2019 23:08:00    Amazon/Synchrony Bank,   P.O. Box 960013,
              Orlando, FL 32896-0013
5098101     +EDI: AMEREXPR.COM May 23 2019 23:08:00    American Express,   P.O. Box 981537,
              El Paso, TX 79998-1537
5098099     +EDI: AMEREXPR.COM May 23 2019 23:08:00    American Express,   P.O. Box 297871,
              Fort Lauderdale, FL 33329-7871
5098102     +EDI: AMEREXPR.COM May 23 2019 23:08:00    American Express Legal,   200 Vesey St-43rd floor,
              New York, NY 10285-0002
5104456      EDI: BECKLEE.COM May 23 2019 23:08:00    American Express National Bank,
              c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
5098103     +EDI: RMSC.COM May 23 2019 23:08:00    BP/Synchrony Bank Bankruptcy Dept,   P.O. Box 965060,
              Orlando, FL 32896-5060
5098104      EDI: CAPITALONE.COM May 23 2019 23:08:00    Capital One,   15000 Capital One Drive,
              Henrico, VA 23238
5098107      EDI: CAPITALONE.COM May 23 2019 23:08:00    Capital One Bankruptcy Dept,   P.O. Box 5155,
              Norcross, GA 30091
5098111      E-mail/Text: bankruptcy@cavps.com May 23 2019 19:05:26    Cavalry Portfolio Services, LLC,
              P.O. Box 27288,   Tempe, AZ 85285
5098105     +EDI: CAPITALONE.COM May 23 2019 23:08:00    Capital One,   P.O. Box 30253,
              Salt Lake City, UT 84130-0253
5098106     +EDI: CAPITALONE.COM May 23 2019 23:08:00    Capital One,   P.O. Box 30285,
              Salt Lake City, UT 84130-0285
5112863      EDI: BL-BECKET.COM May 23 2019 23:08:00    Capital One, N.A.,   c/o Becket and Lee LLP,
              PO Box 3001,   Malvern PA 19355-0701
5098108     +EDI: RMSC.COM May 23 2019 23:08:00    Care Credit,   950 Forrer Blvd,   Dayton, OH 45420-1469
5098109     +EDI: RMSC.COM May 23 2019 23:08:00    Care Credit/GE Capital,   P.O. Box 960061,
              Orlando, FL 32896-0061
5098110     +E-mail/Text: bankruptcy@cavps.com May 23 2019 19:05:26    Cavalry Portfolio Services LLC,
              500 Summit Lake Dr,   Suite 400,   Valhalla, NY 10595-2322
5098580     +E-mail/Text: bankruptcy@cavps.com May 23 2019 19:05:26    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5098117      EDI: DISCOVER.COM May 23 2019 23:08:00    Discover,   6500 New Albany Rd East,
              New Albany, OH 43054
5098114      EDI: DISCOVER.COM May 23 2019 23:08:00    Discover,   P.O. Box 15316,   Wilmington, DE 19850
5098118      EDI: DISCOVER.COM May 23 2019 23:08:00    Discover Card,   PO Box 15251,
              Wilmington, DE 19886-5251
5098113     +E-mail/Text: electronicbkydocs@nelnet.net May 23 2019 19:05:23    Department of Education,
              121 S. 13th Street,   Lincoln, NE 68508-1904
5098116      EDI: DISCOVER.COM May 23 2019 23:08:00    Discover,   P.O. Box 6103,
              Carol Stream, IL 60197-6103
5098115     +EDI: DISCOVER.COM May 23 2019 23:08:00    Discover,   P.O. Box 30421,
              Salt Lake City, UT 84130-0421
5099768      EDI: DISCOVER.COM May 23 2019 23:08:00    Discover Bank,   Discover Products Inc,
              PO Box 3025,   New Albany, OH  43054-3025
5098119     +EDI: CCS.COM May 23 2019 23:08:00    Geico/Credit Control Service,   725 Canton St,
              Norwood, MA 02062-2679
5098122     +E-mail/Text: bncnotices@becket-lee.com May 23 2019 19:05:16    Kohl's,   P.O. Box 3115,
              Milwaukee, WI 53201-3115
5098123     +E-mail/Text: bncnotices@becket-lee.com May 23 2019 19:05:16    Kohl's Cap One,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
5098124     +EDI: RMSC.COM May 23 2019 23:08:00    Lowes,   1000 Lowe Blvd,   Mooresville, NC 28117-8520
5098125     +EDI: RMSC.COM May 23 2019 23:08:00    Lowes/SYNCB,   P.O. Box 965005,   Orlando, FL 32896-5005
5098126     +EDI: RMSC.COM May 23 2019 23:08:00    Luxury/SYNCB,   950 Forrer Blvd,   Dayton, OH 45420-1469
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5098127        +EDI: DAIMLER.COM May 23 2019 23:08:00      MB Financial Svcs,    36455 Corporate Drive,
                 Farmington, MI 48331-3552
5115662         EDI: MERRICKBANK.COM May 23 2019 23:08:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
5098131         E-mail/Text: bankruptcynotice@nymcu.org May 23 2019 19:05:28      Municipal Credit Union,
                 22 Cortlandt St,    New York, NY 10007
5098129        +EDI: MERRICKBANK.COM May 23 2019 23:08:00      Merrick Bank Corp.,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
5117978        +EDI: MID8.COM May 23 2019 23:08:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5098130        +EDI: MID8.COM May 23 2019 23:08:00      Midland Funding LLC,    2365 Northside Dr,   Suite 300,
                 San Diego, CA 92108-2709
5098133        +E-mail/Text: electronicbkydocs@nelnet.net May 23 2019 19:05:23      Nelnet,
                 6420 Southpoint Pkwy,    Jacksonville, FL 32216-0946
5098135        +EDI: RMSC.COM May 23 2019 23:08:00      Old Navy/GEMB,    P.O. Box 965005,
                 Orlando, FL 32896-5005
5098136        +EDI: RMSC.COM May 23 2019 23:08:00      Old Navy/Synchrony Bankruptcy Dept,    P.O. Box 965060,
                 Orlando, FL 32896-5060
5098138        +EDI: RMSC.COM May 23 2019 23:08:00      PC Richard,    PO Box 965036,   Orlando, FL 32896-5036
5098142         EDI: PRA.COM May 23 2019 23:08:00      Portfolio Recovery,    ATTN: Bankruptcy,   P.O. Box 41067,
                 Norfolk, VA 23541
5098141         EDI: PRA.COM May 23 2019 23:08:00      Portfolio Recovery,    P.O. Box 12914,   Norfolk, VA 23541
5113244         EDI: PRA.COM May 23 2019 23:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5098143        +EDI: PRA.COM May 23 2019 23:08:00      PRA Receivables,    PO Box 41021,   Norfolk, VA 23541-1021
5098400        +EDI: PRA.COM May 23 2019 23:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5101626        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2019 19:05:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5098145        +EDI: RMSC.COM May 23 2019 23:08:00      SYNCB/PayPal,    PO Box 965005,   Orlando, FL 32896-5005
5098144        +EDI: RMSC.COM May 23 2019 23:08:00      Sam's Club,    P.O. Box 965005,   Orlando, FL 32896-5005
5120606        +EDI: RMSC.COM May 23 2019 23:08:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
5098146        +EDI: RMSC.COM May 23 2019 23:08:00      TJX COS/SYNCB,    PO Box 965005,   Orlando, FL 32896-5005
5098149        +EDI: RMSC.COM May 23 2019 23:08:00      Toys R Us/SYNCB,    PO Box 965005,
                 Orlando, FL 32896-5005
5098147         EDI: RMSC.COM May 23 2019 23:08:00      Toys R Us/SYNCB,    P.O. Box 105972,
                 Atlanta, GA 30348-5972
5103801        +E-mail/Text: electronicbkydocs@nelnet.net May 23 2019 19:05:23
                 U.S. Department of Education c/o Nelnet,    US Department of Education c/o Nelnet,
                 121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
5098152         EDI: RMSC.COM May 23 2019 23:08:00      Walmart/SYNCB,    PO Box 530927,   Atlanta, GA 30353-0927
5098151         EDI: RMSC.COM May 23 2019 23:08:00      Walmart/SYNCB,    P.O. Box 965024,   El Paso, TX 79998
                                                                                                TOTAL: 54

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5098581*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5114463*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
5115687*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
                                                                                     TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                               Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:

```
            Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
            Erik Mark Helbing    on behalf of Debtor 1 Camella Diane Pinkney Price
             ehelbing@helbingconsumerlaw.com,  qianaramirez@gmail.com
            James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
            Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Camella Diane Pinkney Price, | Chapter 13 |
| **Debtor 1** | Case No. 5:18–bk–03479–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: May 23, 2019

By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

ordsmiss (05/18)